UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHARINA JONES, Individually,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Case No. 1:17-cv-5490 |
| | : |
| **DG HOTELS, LLC** | : |
| **A Foreign Limited Liability Company** | : |
| | : |
| **Defendant.** | : |

## JOINT STIPULATION OF
## DISMISSAL WITH PREJUDICE

Plaintiff Sharina Jones, ("Plaintiff") and Defendant, DG Hotels, LLC. ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1. All of Plaintiff's claims in this Lawsuit will be dismissed with prejudice.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to between the parties.

By: /s/ Pete M. Monismith      By: /s/ Zachary Landau

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>Admitted Pro Hac Vice<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorneys for Plaintiff** | Zachary Landau<br>The Landau Grup<br>38500 Woodward Ave. Ste.310<br>Bloomfield Hills, MI 48304<br>Ph. (248) 247-1153<br>zach@thelandaugroup.com<br>**Attorneys for Defendant** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, December 11, 2017, the foregoing document has been served via the Court's electronic filing system upon all parties of record.

                                                    /s/ Pete Monismith
                                                    Pete Monismith