UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Sharina Jones
               Plaintiff,

v.                                     Case No.: 1:17–cv–05490
                                       Honorable Rebecca R. Pallmeyer

DG Hotels, LLC
               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 11, 2017:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Joint Stipulation, the above cause is dismissed with prejudice. The parties shall bear their own respective attorneys' fees and costs. Rule 16 conference set for 12/11/2017 is stricken. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.